# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Manuel S. Lube | § | Case No. 18-12781 |
| Hillari Lube | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/30/2018 . The undersigned trustee was appointed on 04/30/2018 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of        $     19,912.18

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 51.59 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]           $ | 19,860.59 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 08/31/2018 and the deadline for filing governmental claims was 10/29/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,741.22 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,741.22 , for a total compensation of $ 2,741.22 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 24.69 , for total expenses of $ 24.69 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/13/2018            By: /s/Frank J. Kokoszka, Trustee
                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 18-12781 | JSB | Judge: | Janet S. Baer | Trustee Name: | Frank J. Kokoszka, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Manuel S. Lube | | | | Date Filed (f) or Converted (c): | 04/30/2018 (f) |
| | Hillari Lube | | | | 341(a) Meeting Date: | 05/29/2018 |
| For Period Ending: | 11/13/2018 | | | | Claims Bar Date: | 08/31/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. 1009 E. Crest Avenue<br>Addison Il 60101-6008 Dupage | 350,000.00 | 0.00 | | 0.00 | FA |
| 2. 2002 Mercedes Benz C240 Mileage: 114258 - Paid In Full - Ful | 1,500.00 | 0.00 | | 0.00 | FA |
| 3. 2005 Honda Civic Mileage: 138600 - Paid In Full - Full Cover | 500.00 | 500.00 | | 500.00 | FA |
| 4. Miscellaneous Used Household Goods And Furnishings - 3 Bedro | 2,000.00 | 2,000.00 | | 2,000.00 | FA |
| 5. 3 Tvs, 2 Computers, 1 Tablet, 2 Cell Phones | 605.00 | 605.00 | | 605.00 | FA |
| 6. Books, Pictures, And Cd's | 130.00 | 0.00 | | 0.00 | FA |
| 7. Wearing Apparel | 1,100.00 | 0.00 | | 0.00 | FA |
| 8. Miscellaneous Costume Jewelry - No Wedding Ring Stolen 18 Ye | 600.00 | 0.00 | | 0.00 | FA |
| 9. 1 Dog | 25.00 | 0.00 | | 0.00 | FA |
| 10. Checking Account With Signature Bank | 3,160.52 | 61.53 | | 61.53 | FA |
| 11. Checking Account With Tcf | 401.01 | 0.00 | | 0.00 | FA |
| 12. Td Ameri-Trade Account # 4516 | 5,414.00 | 1,539.00 | | 1,539.00 | FA |
| 13. Military Pension / Retirement Plan Through Employer - 100% E | Unknown | 0.00 | | 0.00 | FA |
| 14. 2017 Tax Refund Not Received Before Filing<br>Is Expected To B | 1,008.00 | 1,008.00 | | 1,008.00 | FA |
| 15. Term Life Insurance Policy Through Securian - (No Cash Surre | 0.00 | 0.00 | | 0.00 | FA |
| 16. Term Life Insurance Policy Through Securian - (No Cash Surre | 0.00 | 0.00 | | 0.00 | FA |
| 17. Term Life Insurance Policy Through Ufba - (No Cash Surrender | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 18-12781 | JSB | Judge: | Janet S. Baer | Trustee Name: | Frank J. Kokoszka, Trustee |
| Case Name: | Manuel S. Lube | | | | Date Filed (f) or Converted (c): | 04/30/2018 (f) |
| | Hillari Lube | | | | 341(a) Meeting Date: | 05/29/2018 |
| For Period Ending: | 11/13/2018 | | | | Claims Bar Date: | 08/31/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 18. Debtors Paid The Student Loans In March 2018 For $9600.00 To

Pursuant to Demand Letter, U.S. Dept of Education provided proof that the amoutn paid within the preference period was a total of $9329.65. That amount has been paid in full. | 9,600.00 | 9,329.65 | | 9,329.65 | FA |
| 19. Debtor Paid His Capital One Bank Credit Card Statement $3000

Capital One has responded to Trustee's Demand letter that it will "refund" the amount of $4869.00 to the estate.
Trustee has not yet recieved the promised funds from Capital One.

Trustee recieved payment on 10/23/2018. | 5,000.00 | 4,869.00 | | 4,869.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $381,043.53 | $19,912.18 | | $19,912.18 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtors voluntarily turned over non-exempt funds to the trustee at the Meeting of Creditors.
The Debtors also disclosed two potential preferences which the Trustee intends to pursue.  - Frank J. Kokoszka 5/31/2018

Debtors have completed payments to Trustee. Trustee is pursuing two potential preference actions. - Frank J. Kokoszka 7/11/2018

Trustee received payment of one preference pursuant to demand letter. Trustee is pursuing one more preference. - Frank J. Kokoszka 9/14/2018

Capital One has responded to Trustee's Demand letter that it will "refund" the amount of $4869.00 to the estate.
Trustee has not yet received the promised funds from Capital One.
 Upon receipt of funds from Capital One, Trustee will work on TFR and closing of the estate. Trustee has reviewed claims.  - Frank J. Kokoszka 10/22/2018

Trustee has received payment from Capital One. Trustee working on submission of TFR; Trustee must wait until 10/29/18 (Government Deadline) - Frank J. Kokoszka 10/23/2018

**UST Form 101-7-TFR (5/1/2011)** *(Page: 4)*

Initial Projected Date of Final Report (TFR): 12/31/2018    Current Projected Date of Final Report (TFR): 12/31/2018    Exhibit A

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |  | | |
|---|---|---|---|---|
| Case No: | 18-12781 | Trustee Name: | Frank J. Kokoszka, Trustee | |
| Case Name: | Manuel S. Lube | Bank Name: | BOK Financial | |
| | Hillari Lube | Account Number/CD#: | XXXXXX0399 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX8315 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 11/13/2018 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/30/18 | | TD Ameritrade Clearing P.O. Box 2226 Omaha, NE 68103-2226 | Sale back to Debtor | | $1,905.00 | | $1,905.00 |
| | | | Gross Receipts    $1,905.00 | | | | |
| | 4 | | Miscellaneous Used Household Goods And Furnishings - 3 Bedro    $785.97 | 1129-000 | | | |
| | 5 | | 3 Tvs, 2 Computers, 1 Tablet, 2 Cell Phones    $605.00 | 1129-000 | | | |
| | 12 | | Td Ameri-Trade Account # 4516    $514.03 | 1129-000 | | | |
| 05/30/18 | | TD Ameritrade Clearing P.O. Box 2226 Omaha, NE 68103-2226 | Sale back to Debtor | | $1,727.01 | | $3,632.01 |
| | | | Gross Receipts    $1,727.01 | | | | |
| | 3 | | 2005 Honda Civic Mileage: 138600 - Paid In Full - Full Cover    $500.00 | 1129-000 | | | |
| | 4 | | Miscellaneous Used Household Goods And Furnishings - 3 Bedro    $1,214.03 | 1129-000 | | | |
| | 12 | | Td Ameri-Trade Account # 4516    $12.98 | 1129-000 | | | |
| 05/30/18 | | Manuel & Hillari Lube 1009 E. Crest Avenue Addison, IL 60101 | Sale back to Debtor | | $1,081.55 | | $4,713.56 |
| | | | Gross Receipts    $1,081.55 | | | | |
| | 10 | | Checking Account With Signature Bank    $61.53 | 1129-000 | | | |
| | 12 | | Td Ameri-Trade Account # 4516    $12.02 | 1129-000 | | | |
| | 14 | | 2017 Tax Refund Not Received Before Filing Is Expected To B    $1,008.00 | 1224-000 | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*                Page Subtotals:                $4,713.56                $0.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 18-12781 | Trustee Name: | Frank J. Kokoszka, Trustee |
| Case Name: Manuel S. Lube | Bank Name: | BOK Financial |
| Hillari Lube | Account Number/CD#: | XXXXXX0399 |
| | | Checking |
| Taxpayer ID No: XX-XXX8315 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 11/13/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/29/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,703.56 |
| 07/09/18 | 12 | Manuel & Hillari Lube<br>1009 East Ave<br>Addison, Il 60101 | Sale back to Debtor | 1129-000 | $999.97 | | $5,703.53 |
| 07/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,693.53 |
| 08/27/18 | 18 | United States Treasury<br>Department of Education<br>830 First Street, NE<br>5th Floor Accting<br>Washignton, DC 20202 | Preference Payment Pursuant to Demand Letter | 1141-000 | $9,000.00 | | $14,693.53 |
| 08/27/18 | 18 | United States Treasury<br>Dept. of Education<br>830 First Street, NE<br>5th Floor, Acctg.<br>Washington, DC 20202 | Preference Payment | 1141-000 | $155.46 | | $14,848.99 |
| 08/27/18 | 18 | United States Treasury<br>Dept of Education<br>830 First Street, NE<br>5th Floor, Acctg.<br>Washington, DC 20202 | Preference Payment | 1141-000 | $154.88 | | $15,003.87 |
| 08/27/18 | 18 | United States Treasury<br>Dept. of Education<br>830 First St., NE<br>5th Floor, Acctg.<br>Washington, DC 20202 | Preference Payment | 1141-000 | $19.31 | | $15,023.18 |
| 08/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $15,013.18 |
| 09/28/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.59 | $14,991.59 |
| 10/23/18 | 19 | Capital One<br>Attn: General Correspondence<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Preference Payment Repayment Pursuant to Demand Letter | 1141-000 | $4,869.00 | | $19,860.59 |

| | | | | | | |
|---|---|---|---|---|---|---|
| UST Form 101-7-TFR (5/1/2011) *(Page: 7)* | | Page Subtotals: | | | $15,198.62 | $51.59 |

|  | | |
|---|---:|---:|
| COLUMN TOTALS | $19,912.18 | $51.59 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $19,912.18 | $51.59 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $19,912.18 | $51.59 |

Exhibit B

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0399 - Checking | $19,912.18 | $51.59 | $19,860.59 |
|  | $19,912.18 | $51.59 | $19,860.59 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $19,912.18 |
| Total Gross Receipts: | $19,912.18 |

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 18-12781  
Debtor Name: Manuel S. Lube  
Claims Bar Date: 8/31/2018  

Date: November 13, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Frank J. Kokoszka<br>trustee@k-jlaw.com | Administrative | | $0.00 | $2,741.22 | $2,741.22 |
| 100 2200 | Frank J. Kokoszka<br>trustee@k-jlaw.com | Administrative | | $0.00 | $24.69 | $24.69 |
| 1 300 7100 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | Claim reviewed-valid | $13,062.00 | $13,801.34 | $13,801.34 |
| 2 300 7100 | Us Department Of Education C/O Nelnet<br>121 South 13Th Street, Suite 201<br>Lincoln, Ne 68508 | Unsecured | Claim reviewed- Valid<br><br>Amended Proof of Claim filed on 11/13/18 to include preference payment. | $1,923.00 | $12,927.66 | $12,927.66 |
| 3 300 7100 | Department Stores National Bank<br>C/O Quantum3 Group Llc<br>Po Box 657<br>Kirkland, Wa 98083-0657 | Unsecured | Claim Reviewed- valid. | $163.00 | $167.21 | $167.21 |
| 4 300 7100 | Cavalry Spv I, Llc<br>500 Summit Lake Drive, Ste 400<br>Valhalla, Ny 10595 | Unsecured | Claim Reviewed- Valid to pay | $7,085.00 | $8,362.08 | $8,362.08 |
| 5 300 7100 | Quantum3 Group Llc As Agent For Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Unsecured | Claim reviewed and valid. | $1,686.00 | $1,679.65 | $1,679.65 |
| | Case Totals | | | $23,919.00 | $39,703.85 | $39,703.85 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 18-12781
Case Name: Manuel S. Lube
              Hillari Lube
Trustee Name: Frank J. Kokoszka, Trustee

      Balance on hand                                                    $        19,860.59

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frank J. Kokoszka | $ 2,741.22 | $ 0.00 | $ 2,741.22 |
| Trustee Expenses: Frank J. Kokoszka | $ 24.69 | $ 0.00 | $ 24.69 |

    Total to be paid for chapter 7 administrative expenses        $    2,765.91

    Remaining Balance                                         $    17,094.68

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 36,937.94 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 46.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (Usa), N.A. | $ 13,801.34 | $ 0.00 | $ 6,387.19 |
| 2 | Us Department Of Education C/O Nelnet | $ 12,927.66 | $ 0.00 | $ 5,982.85 |
| 3 | Department Stores National Bank | $ 167.21 | $ 0.00 | $ 77.38 |
| 4 | Cavalry Spv I, Llc | $ 8,362.08 | $ 0.00 | $ 3,869.93 |
| 5 | Quantum3 Group Llc As Agent For | $ 1,679.65 | $ 0.00 | $ 777.33 |
| | Total to be paid to timely general unsecured creditors | | | $ 17,094.68 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE