UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:  MANUEL S LUBE<br>HILLARI LUBE | CASE NO: 18-12781<br>**DECLARATION OF MAILING<br>CERTIFICATE OF SERVICE**<br>Chapter: 7<br>ECF Docket Reference No. 29<br>Judge: Hon. Janet S. Baer<br>Hearing Location: Kane County 240<br>Hearing Date: January 4, 2019<br>Hearing Time: 11:00 am |

On 12/3/2018, I did cause a copy of the following documents, described below,

Notice of Trustee's Final Report and Applications for Compensation (NFR) ECF Docket Reference No. 29

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/3/2018

/s/ Frank J. Kokoszka
Frank J. Kokoszka  6201436
Chapter 7 Trustee
Kokoszka & Janczur, P.C.
19 South LaSalle Street
Chicago, IL  60603
312 443 9600

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:  MANUEL S LUBE<br>HILLARI LUBE | CASE NO: 18-12781<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 7<br>ECF Docket Reference No. 29<br>Judge: Hon. Janet S. Baer<br>Hearing Location: Kane County 240<br>Hearing Date: January 4, 2019<br>Hearing Time: 11:00 am |

On 12/3/2018, a copy of the following documents, described below,

Notice of Trustee's Final Report and Applications for Compensation (NFR) ECF Docket Reference No. 29

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/3/2018

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Frank J. Kokoszka
Kokoszka & Janczur, P.C.
19 South LaSalle Street
Chicago, IL  60603

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
CASE INFO                              PRA RECEIVABLES MANAGEMENT LLC         EXCLUDE
 LABEL MATRIX FOR LOCAL NOTICING       PO BOX 41021
07521                                  NORFOLK VA 23541-1021                  US BANKRUPTCY COURT
CASE 18-12781                                                                 EASTERN DIVISION
NORTHERN DISTRICT OF ILLINOIS                                                 219 S DEARBORN
CHICAGO                                                                       7TH FLOOR
MON DEC 3 11-22-55 CST 2018                                                   CHICAGO IL 60604-1702


BAYVIEW LOAN SERVICING                 CAPITAL ONE                            CAPITAL ONE BANK USA NA
4425 PONCE DE LEON BLVD 5              ATTN BANKRUPTCY                        PO BOX 71083
MIAMI FL 33146-1837                    PO BOX 30285                           CHARLOTTE NC 28272-1083
                                       SALT LAKE CITY UT 84130-0285


CAVALRY SPV I LLC                      CITIBANK NA                            COMENITY BANKCARSONS
500 SUMMIT LAKE DRIVE SUITE 400        701 E 60TH STREET N                    ATTN BANKRUPTCY DEPT
VALHALLA NY 10595-2321                 SIOUX FALLS SD 57104-0493              PO BOX 182125
                                                                              COLUMBUS OH 43218-2125


DEPARTMENT STORES NATIONAL BANK        DEPT OF ED  582  NELNET                MAIN STEET ACQUISTION
CO QUANTUM3 GROUP LLC                  ATTN CLAIMS                            2877 PARADISE RD UNIT 30
PO BOX 657                             PO BOX 82505                           LAS VEGAS NV 89109-5236
KIRKLAND WA 98083-0657                 LINCOLN NE 68501-2505


EXCLUDE                                EXCLUDE                                PENTAGON FCU
                                                                              ATTN BANKRUPTCY
MERCHANTS CREDIT                       NATIONAL COLLEGIATE                    PO BOX 1432
223 W JACKSON BLVD                     PO BOX 61047                           ALEXANDRIA VA 22313-1432
STE 700                                HARRISBURG PA 17106-1047
CHICAGO IL 60606-6914


QUANTUM3 GROUP LLC AS AGENT FOR        EXCLUDE                                EXCLUDE
COMENITY BANK
PO BOX 788                             RESURGENCE CAPITAL                     STEVEN LUBE
KIRKLAND WA 98083-0788                 CORRESPONDENCE                         10801 S IH 35 FRONTAGE RD
                                       PO BOX 10497                           AUSTIN TX 78747
                                       GREENVILLE SC 29603-0497


SYNCHRONY BANK                         THE WIRBICKI LAW GROUP                 US DEPARTMENT OF EDUCATION CO NELNET
CO PRA RECEIVABLES MANAGEMENT LLC      33 W MONROE ST                         121 SOUTH 13TH STREET SUITE 201
PO BOX 41021                           STE 1140                               LINCOLN NE 68508-1911
NORFOLK VA 23541-1021                  CHICAGO IL 60603-5332


VISA DEPT STORE NATIONAL BANKMACYS     FRANK J KOKOSZKA                       HILLARI LUBE
ATTN BANKRUPTCY                        KOKOSZKA  JANCZUR PC                   1009 E CREST AVENUE
PO BOX 8053                            19 SOUTH LASALLE                       ADDISON IL 60101-6008
MASON OH 45040-8053                    SUITE 1201
                                       CHICAGO IL 60603-1419


EXCLUDE                                DEBTOR                                 EXCLUDE

JOSEPH P DOYLE                         MANUEL S LUBE                          PATRICK S LAYNG
LAW OFFICE OF JOSEPH P DOYLE           1009 E CREST AVENUE                    OFFICE OF THE US TRUSTEE REGION 11
105 S ROSELLE ROAD                     ADDISON IL 60101-6008                  219 S DEARBORN ST
SUITE 203                                                                     ROOM 873
SCHAUMBURG IL 60193-1631                                                      CHICAGO IL 60604-2027
```