UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Manuel S. Lube | § | Case No. 18-12781 |
| Hillari Lube | § | |
| | § | |
| Debtors | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Frank J. Kokoszka, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 319,125.00                     Assets Exempt: 41,630.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  17,094.68     Claims Discharged
                                                 Without Payment:  517,232.26

Total Expenses of Administration:  2,817.50

---

   3) Total gross receipts of $ 19,912.18  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 19,912.18  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 402,360.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,817.50 | 2,817.50 | 2,817.50 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 118,948.00 | 36,937.94 | 36,937.94 | 17,094.68 |
| **TOTAL DISBURSEMENTS** | $ 521,308.00 | $ 39,755.44 | $ 39,755.44 | $ 19,912.18 |

4) This case was originally filed under chapter 7 on 04/30/2018 . The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/09/2019            By:/s/Frank J. Kokoszka, Trustee
                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2005 Honda Civic Mileage: 138600 - Paid In Full - Full Cover | 1129-000 | 500.00 |
| 3 Tvs, 2 Computers, 1 Tablet, 2 Cell Phones | 1129-000 | 605.00 |
| Checking Account With Signature Bank | 1129-000 | 61.53 |
| Miscellaneous Used Household Goods And Furnishings - 3 Bedro | 1129-000 | 2,000.00 |
| Td Ameri-Trade Account # 4516 | 1129-000 | 1,539.00 |
| Debtor Paid His Capital One Bank Credit Card Statement $3000 | 1141-000 | 4,869.00 |
| Debtors Paid The Student Loans In March 2018 For $9600.00 To | 1141-000 | 9,329.65 |
| 2017 Tax Refund Not Received Before Filing Is Expected To B | 1224-000 | 1,008.00 |
| **TOTAL GROSS RECEIPTS** | | **$19,912.18** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bayview Loan Servicing, 4425 Ponce De Leon Blvd #5 Miami, FL 33146 | | 402,360.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 402,360.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Frank J. Kokoszka | 2100-000 | NA | 2,741.22 | 2,741.22 | 2,741.22 |
| Frank J. Kokoszka | 2200-000 | NA | 24.69 | 24.69 | 24.69 |
| BOK Financial | 2600-000 | NA | 51.59 | 51.59 | 51.59 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,817.50 | $ 2,817.50 | $ 2,817.50 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank N.A., 701 E. 60th Street N Sioux Falls, SD 57104 | | 60,758.00 | NA | NA | 0.00 |
| | Dept of Ed / 582 / Nelnet, Attn: Claims Po Box 82505 Lincoln, NE 68501 | | 1,744.00 | NA | NA | 0.00 |
| | Main Steet Acquistion, 2877 Paradise Rd Unit 30 Las Vegas, NV 89109 | | 4,663.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Merchants Credit, 223 W Jackson Blvd Ste 700 Chicago, IL 60606 | | 73.00 | NA | NA | 0.00 |
| | Merchants Credit, 223 W Jackson Blvd Ste 700 Chicago, IL 60606 | | 135.00 | NA | NA | 0.00 |
| | National Collegiate, Po Box 61047 Harrisburg, PA 17106 | | 11,408.00 | NA | NA | 0.00 |
| | Pentagon Fcu, Attn: Bankruptcy Po Box 1432 Alexandria, VA 22313 | | 7,618.00 | NA | NA | 0.00 |
| | Resurgence Capital, Correspondence PO Box 10497 Greenville, SC 29603 | | 8,630.00 | NA | NA | 0.00 |
| | The Wirbicki Law Group, 33 W Monroe St Ste 1140 Chicago, IL 60603 | | 0.00 | NA | NA | 0.00 |
| 1 | Capital One Bank (Usa), N.A. | 7100-000 | 13,062.00 | 13,801.34 | 13,801.34 | 6,387.19 |
| 4 | Cavalry Spv I, Llc | 7100-000 | 7,085.00 | 8,362.08 | 8,362.08 | 3,869.93 |
| 3 | Department Stores National Bank | 7100-000 | 163.00 | 167.21 | 167.21 | 77.38 |
| 5 | Quantum3 Group Llc As Agent For | 7100-000 | 1,686.00 | 1,679.65 | 1,679.65 | 777.33 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Us Department Of Education C/O Nelnet | 7100-000 | 1,923.00 | 12,927.66 | 12,927.66 | 5,982.85 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 118,948.00 | $ 36,937.94 | $ 36,937.94 | $ 17,094.68 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 18-12781 | JSB | Judge: | Janet S. Baer | Trustee Name: | Frank J. Kokoszka, Trustee |
| Case Name: | Manuel S. Lube | | | | Date Filed (f) or Converted (c): | 04/30/2018 (f) |
| | Hillari Lube | | | | 341(a) Meeting Date: | 05/29/2018 |
| For Period Ending: | 04/09/2019 | | | | Claims Bar Date: | 08/31/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1009 E. Crest Avenue Addison Il 60101-6008 Dupage | 350,000.00 | 0.00 | | 0.00 | FA |
| 2. 2002 Mercedes Benz C240 Mileage: 114258 - Paid In Full - Ful | 1,500.00 | 0.00 | | 0.00 | FA |
| 3. 2005 Honda Civic Mileage: 138600 - Paid In Full - Full Cover | 500.00 | 500.00 | | 500.00 | FA |
| 4. Miscellaneous Used Household Goods And Furnishings - 3 Bedro | 2,000.00 | 2,000.00 | | 2,000.00 | FA |
| 5. 3 Tvs, 2 Computers, 1 Tablet, 2 Cell Phones | 605.00 | 605.00 | | 605.00 | FA |
| 6. Books, Pictures, And Cd's | 130.00 | 0.00 | | 0.00 | FA |
| 7. Wearing Apparel | 1,100.00 | 0.00 | | 0.00 | FA |
| 8. Miscellaneous Costume Jewelry - No Wedding Ring Stolen 18 Ye | 600.00 | 0.00 | | 0.00 | FA |
| 9. 1 Dog | 25.00 | 0.00 | | 0.00 | FA |
| 10. Checking Account With Signature Bank | 3,160.52 | 61.53 | | 61.53 | FA |
| 11. Checking Account With Tcf | 401.01 | 0.00 | | 0.00 | FA |
| 12. Td Ameri-Trade Account # 4516 | 5,414.00 | 1,539.00 | | 1,539.00 | FA |
| 13. Military Pension / Retirement Plan Through Employer - 100% E | Unknown | 0.00 | | 0.00 | FA |
| 14. 2017 Tax Refund Not Received Before Filing Is Expected To B | 1,008.00 | 1,008.00 | | 1,008.00 | FA |
| 15. Term Life Insurance Policy Through Securian - (No Cash Surre | 0.00 | 0.00 | | 0.00 | FA |
| 16. Term Life Insurance Policy Through Securian - (No Cash Surre | 0.00 | 0.00 | | 0.00 | FA |
| 17. Term Life Insurance Policy Through Ufba - (No Cash Surrender | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 18-12781 | JSB | Judge: | Janet S. Baer | Trustee Name: | Frank J. Kokoszka, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Manuel S. Lube | | | | Date Filed (f) or Converted (c): | 04/30/2018 (f) |
| | Hillari Lube | | | | 341(a) Meeting Date: | 05/29/2018 |
| For Period Ending: | 04/09/2019 | | | | Claims Bar Date: | 08/31/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 18. Debtors Paid The Student Loans In March 2018 For $9600.00 To

Pursuant to Demand Letter, U.S. Dept of Education provided proof that the amoutn paid within the preference period was a total of $9329.65. That amount has been paid in full. | 9,600.00 | 9,329.65 | | 9,329.65 | FA |
| 19. Debtor Paid His Capital One Bank Credit Card Statement $3000

Capital One has responded to Trustee's Demand letter that it will "refund" the amount of $4869.00 to the estate. Trustee has not yet recieved the promised funds from Capital One.

Trustee recieved payment on 10/23/2018. | 5,000.00 | 4,869.00 | | 4,869.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $381,043.53          $19,912.18          $19,912.18          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtors voluntarily turned over non-exempt funds to the trustee at the Meeting of Creditors.
The Debtors also disclosed two potential preferences which the Trustee intends to pursue.  - Frank J. Kokoszka 5/31/2018

Debtors have completed payments to Trustee. Trustee is pursuing two potential preference actions. - Frank J. Kokoszka 7/11/2018

Trustee received payment of one preference pursuant to demand letter. Trustee is pursuing one more preference. - Frank J. Kokoszka 9/14/2018

Capital One has responded to Trustee's Demand letter that it will "refund" the amount of $4869.00 to the estate.
Trustee has not yet received the promised funds from Capital One.
 Upon receipt of funds from Capital One, Trustee will work on TFR and closing of the estate. Trustee has reviewed claims.  - Frank J. Kokoszka 10/22/2018

Trustee has received payment from Capital One. Trustee working on submission of TFR; Trustee must wait until 10/29/18 (Government Deadline) - Frank J. Kokoszka 10/23/2018

Initial Projected Date of Final Report (TFR): 12/31/2018     Current Projected Date of Final Report (TFR): 01/31/2019

Exhibit 8

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |   | | |
|---|---|---|---|---|
| Case No: | 18-12781 | Trustee Name: | Frank J. Kokoszka, Trustee | |
| Case Name: | Manuel S. Lube | Bank Name: | BOK Financial | |
| | Hillari Lube | Account Number/CD#: | XXXXXX0399 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX8315 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 04/09/2019 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/30/18 | | TD Ameritrade Clearing P.O. Box 2226 Omaha, NE 68103-2226 | Sale back to Debtor | | $1,905.00 | | $1,905.00 |
| | | | Gross Receipts $1,905.00 | | | | |
| | 4 | | Miscellaneous Used Household Goods And Furnishings - 3 Bedro $785.97 | 1129-000 | | | |
| | 5 | | 3 Tvs, 2 Computers, 1 Tablet, 2 Cell Phones $605.00 | 1129-000 | | | |
| | 12 | | Td Ameri-Trade Account # 4516 $514.03 | 1129-000 | | | |
| 05/30/18 | | TD Ameritrade Clearing P.O. Box 2226 Omaha, NE 68103-2226 | Sale back to Debtor | | $1,727.01 | | $3,632.01 |
| | | | Gross Receipts $1,727.01 | | | | |
| | 3 | | 2005 Honda Civic Mileage: 138600 - Paid In Full - Full Cover $500.00 | 1129-000 | | | |
| | 4 | | Miscellaneous Used Household Goods And Furnishings - 3 Bedro $1,214.03 | 1129-000 | | | |
| | 12 | | Td Ameri-Trade Account # 4516 $12.98 | 1129-000 | | | |
| 05/30/18 | | Manuel & Hillari Lube 1009 E. Crest Avenue Addison, IL 60101 | Sale back to Debtor | | $1,081.55 | | $4,713.56 |
| | | | Gross Receipts $1,081.55 | | | | |
| | 10 | | Checking Account With Signature Bank $61.53 | 1129-000 | | | |
| | 12 | | Td Ameri-Trade Account # 4516 $12.02 | 1129-000 | | | |
| | 14 | | 2017 Tax Refund Not Received Before Filing Is Expected To B $1,008.00 | 1224-000 | | | |

Page Subtotals:   $4,713.56   $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 18-12781 | Trustee Name: | Frank J. Kokoszka, Trustee |
| Case Name: | Manuel S. Lube | Bank Name: | BOK Financial |
| | Hillari Lube | Account Number/CD#: | XXXXXX0399 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8315 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 04/09/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/29/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,703.56 |
| 07/09/18 | 12 | Manuel & Hillari Lube<br>1009 East Ave<br>Addison, Il 60101 | Sale back to Debtor | 1129-000 | $999.97 | | $5,703.53 |
| 07/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,693.53 |
| 08/27/18 | 18 | United States Treasury<br>Department of Education<br>830 First Street, NE<br>5th Floor Accting<br>Washignton, DC 20202 | Preference Payment Pursuant to Demand Letter | 1141-000 | $9,000.00 | | $14,693.53 |
| 08/27/18 | 18 | United States Treasury<br>Dept. of Education<br>830 First Street, NE<br>5th Floor, Acctg.<br>Washington, DC 20202 | Preference Payment | 1141-000 | $155.46 | | $14,848.99 |
| 08/27/18 | 18 | United States Treasury<br>Dept of Education<br>830 First Street, NE<br>5th Floor, Acctg.<br>Washington, DC 20202 | Preference Payment | 1141-000 | $154.88 | | $15,003.87 |
| 08/27/18 | 18 | United States Treasury<br>Dept. of Education<br>830 First St., NE<br>5th Floor, Acctg.<br>Washington, DC 20202 | Preference Payment | 1141-000 | $19.31 | | $15,023.18 |
| 08/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $15,013.18 |
| 09/28/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.59 | $14,991.59 |
| 10/23/18 | 19 | Capital One<br>Attn: General Correspondence<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Preference Payment Repayment Pursuant to Demand Letter | 1141-000 | $4,869.00 | | $19,860.59 |

Page Subtotals: $15,198.62   $51.59

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 18-12781 | Trustee Name: Frank J. Kokoszka, Trustee |
| Case Name: Manuel S. Lube | Bank Name: BOK Financial |
| Hillari Lube | Account Number/CD#: XXXXXX0399 |
| | Checking |
| Taxpayer ID No: XX-XXX8315 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/09/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/28/18 | | Transfer to Acct # xxxxxx0153 | Transfer of Funds | 9999-000 | | $19,860.59 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $19,912.18 | $19,912.18 |
| Less: Bank Transfers/CD's | $0.00 | $19,860.59 |
| Subtotal | $19,912.18 | $51.59 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $19,912.18 | $51.59 |

Page Subtotals:            $0.00      $19,860.59

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 18-12781 | Trustee Name: | Frank J. Kokoszka, Trustee |
| Case Name: Manuel S. Lube | Bank Name: | Axos Bank |
| Hillari Lube | Account Number/CD#: | XXXXXX0153 |
| | | Checking |
| Taxpayer ID No: XX-XXX8315 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 04/09/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/28/18 | | Transfer from Acct # xxxxxx0399 | Transfer of Funds | 9999-000 | $19,860.59 | | $19,860.59 |
| 01/07/19 | 2001 | Frank J. Kokoszka | Distribution | | | $2,765.91 | $17,094.68 |
| | | Frank J. Kokoszka | Final distribution creditor account # representing a payment of 100.00 % per court order. ($2,741.22) | 2100-000 | | | |
| | | Frank J. Kokoszka | Final distribution creditor account # representing a payment of 100.00 % per court order. ($24.69) | 2200-000 | | | |
| 01/07/19 | 2002 | Capital One Bank (Usa), N.A. Po Box 71083 Charlotte, Nc 28272-1083 | Final distribution to claim 1 creditor account # representing a payment of 46.28 % per court order. | 7100-000 | | $6,387.19 | $10,707.49 |
| 01/07/19 | 2003 | Us Department Of Education C/O Nelnet 121 South 13Th Street, Suite 201 Lincoln, Ne 68508 | Final distribution to claim 2 creditor account # representing a payment of 46.28 % per court order. | 7100-000 | | $5,982.85 | $4,724.64 |
| 01/07/19 | 2004 | Department Stores National Bank C/O Quantum3 Group Llc Po Box 657 Kirkland, Wa 98083-0657 | Final distribution to claim 3 creditor account # representing a payment of 46.28 % per court order. | 7100-000 | | $77.38 | $4,647.26 |
| 01/07/19 | 2005 | Cavalry Spv I, Llc 500 Summit Lake Drive, Ste 400 Valhalla, Ny 10595 | Final distribution to claim 4 creditor account # representing a payment of 46.28 % per court order. | 7100-000 | | $3,869.93 | $777.33 |
| 01/07/19 | 2006 | Quantum3 Group Llc As Agent For Comenity Bank Po Box 788 Kirkland, Wa 98083-0788 | Final distribution to claim 5 creditor account # representing a payment of 46.28 % per court order. | 7100-000 | | $777.33 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $19,860.59 | $19,860.59 |
| Less: Bank Transfers/CD's | $19,860.59 | $0.00 |
| Subtotal | $0.00 | $19,860.59 |
| Page Subtotals: | $19,860.59 | $19,860.59 |

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

|  | | |
|---|---|---|
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $19,860.59 |

Exhibit 9

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0153 - Checking | $0.00 | $19,860.59 | $0.00 |
| XXXXXX0399 - Checking | $19,912.18 | $51.59 | $0.00 |
|  | $19,912.18 | $19,912.18 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $19,912.18 |
| Total Gross Receipts: | $19,912.18 |

Page Subtotals:    $0.00    $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*